UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**GARY GILLARD,**

        **Plaintiff,**

  vs.                                                                                  **9:09-CV-0431 (TJM/DEP)**

**SCOTT HAMEL and PETER McNALLY,**

        **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


## DECISION & ORDER

      This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. David E. Peebles, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  No objections to the Report-Recommendation and Order dated February 24, 2012 have been filed, and the time to do so has expired.  Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.  Accordingly, the Court adopts the Report-Recommendation and Order for the reasons stated therein.

      It is therefore,

      **ORDERED** that Defendants' motion for summary judgment (Dkt. # 56 ) is **GRANTED,** and all claims in this action are **DISMISSED.**

1

**IT IS SO ORDERED**

DATED: March 21, 2012

_____
Thomas J. McAvoy
Senior, U.S. District Judge